# 𝔍𝔫 𝔱𝔥𝔢 𝔘𝔫𝔦𝔱𝔢𝔡 𝔖𝔱𝔞𝔱𝔢𝔰 𝔇𝔦𝔰𝔱𝔯𝔦𝔠𝔱 ℭ𝔬𝔲𝔯𝔱 𝔣𝔬𝔯 𝔱𝔥𝔢 𝔖𝔬𝔲𝔱𝔥𝔢𝔯𝔫 𝔇𝔦𝔰𝔱𝔯𝔦𝔠𝔱 𝔬𝔣 𝔊𝔢𝔬𝔯𝔤𝔦𝔞 𝔚𝔞𝔶𝔠𝔯𝔬𝔰𝔰 𝔇𝔦𝔳𝔦𝔰𝔦𝔬𝔫

| | |
|---|---|
| TORREY GRIFFIN, individually, as the legal guardian of the minors RWR, ABG, and KRR and as representative of the Estate of SHANNON REWIS, deceased,<br><br>    Plaintiff,<br><br>    v.<br><br>ANGELIA DENISE WALDRON, L.P.N., individually and in her capacity as jail official,<br><br>    Defendant. | CV 519-092 |

### **ORDER**

Before the Court is the parties' Consent Motion to Approve Settlement, dkt. no. 186, wherein the parties notify the Court that they have reached a settlement of the minor Plaintiffs' claims asserted in this action. Attached to the consent motion is the parties' Settlement Agreement. Dkt. No. 186-5. The Court conducted a hearing on the Consent Motion via telephone.

The Court finds the Motion to Approve is in compliance with applicable state law and the Court's local rules. See O.C.G.A. § 29-3-3; S.D. Ga. L.R. 17.1. Additionally, the Court has reviewed the Settlement Agreement and finds that the proposed settlement is in the minor Plaintiffs' best interest.

Accordingly, the parties' motion, dkt. no. 186-5, is **GRANTED**, and the Settlement Agreement is **APPROVED**. All claims asserted in this action are **DISMISSED with prejudice**. The Clerk is **DIRECTED** to close this case.

**SO ORDERED**, this 24 day of March, 2023.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA